IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH CALVIN,

      Appellant,

v.

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS, AND STATE
OF FLORIDA, ET AL.,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4111

_____/

Opinion filed August 4, 2017.

An appeal from the Circuit Court for Union County.
Stanley H. Griffis, Judge.

Keith Calvin, for Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, General Counsel, Tallahassee, for Appellees.

PER CURIAM.

      AFFIRMED.

LEWIS, ROBERTS, and BILBREY, JJ., CONCUR.